IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY GAINES, #113380, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-749-TMH |
| ) | WO |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on December 13, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #11) filed on November 22, 2011 is adopted;

3. Plaintiff's claims against the Alabama Board of Pardons and Paroles are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

4. Plaintiff's claims for damages against defendants Dillard, Wynn, Longshore, and Walker are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(iii).

5. Plaintiff's claims asserting error in denying him parole and causing his illegal confinement are DISMISSED without prejudice in accordance with the directives of 28

U.S.C. § 1915(e)(2)(B)(ii).

    6. This case is DISMISSED prior to service of process.

DONE this the 20th day of January, 2012.

                                              /s/ Truman M. Hobbs
                                    SENIOR UNITED STATES DISTRICT JUDGE