IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY GAINES, #113380, )<br>)<br>　Plaintiff, )<br>v. )<br>)<br>ALABAMA BOARD OF PARDONS )<br>AND PAROLES, *et al.*, )<br>)<br>　Defendants. ) | CASE NO.  2:11-cv-749-TMH<br>　　　　WO |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is dismissed.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 20th day of January, 2012.

　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE